In the Matter of the Application of THE MONTEFIORE HOME, Respondent, for a Writ of Mandamus against WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, et al., Appellants.

*Matter of Montefiore Home* v. *Prendergast*, 159 App. Div. 644, affirmed.

(Argued April 20, 1914; decided May 5, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

January 6, 1914, which reversed an order of Special Term denying a motion for writ of mandamus to compel defendants to cancel certain assessments for a local improvement levied against the property of petitioner.

*Frank L. Polk, Corporation Counsel (Terence Farley* and *Charles J. Nehrbas* of counsel), for appellants.

*Louis Marshall, Moses J. Stroock* and *Edward F. Spitz* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and HOGAN, JJ.